# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| ST. JOHN | : | 02-5547 |
| CENTENO, et al. | : | 02-5595 |
| COHAN, et al. | : | 02-5605 |
| GAUT, et al. | : | 02-4491 |
| DEMETRI, et al. | : | 02-4495 |
| SPARMAK | : | 02-4539 |
| DUNCAN | : | 02-4544 |
| BANGERTER | : | 02-4794 |
| ABRAHAM, et al. | : | 02-4827 |
| ABRAHAMS, et al. | : | 02-4832 |
| ALARCON, et al. | : | 02-4869 |
| ALLEN, et al. | : | 02-4889 |
| BONOAN | : | 02-4937 |
| BRADFORD | : | 02-4940 |
| BARTHOLOMEW, et al. | : | 02-4942 |
| D'AMBRA, et al. | : | 02-4961 |
| EYNON, et al. | : | 02-5006 |
| DAVIS | : | 02-5026 |
| CREAMER | : | 02-5064 |
| CRIST | : | 02-5065 |
| GOTTLIEB, et al. | : | 02-5089 |
| GIVENS, et al. | : | 02-5091 |
| WOODS, et al. | : | 02-5144 |
| WHEAT, et al. | : | 02-5166 |
| WOLFARD, et al. | : | 02-5169 |
| WILSON | : | 02-5197 |
| THOMAS | : | 02-5213 |
| TUPAS | : | 02-5226 |
| MEFFERT, et al. | : | 02-5265 |
| LEVY | : | 02-5268 |
| HUH, et al. | : | 02-5291 |
| CHAIDEZ | : | 02-5302 |
| CARTIER, et al. | : | 02-5340 |
| SLAUGHTER | : | 02-5420 |
| SANTOS | : | 02-5426 |
| SWISS | : | 02-5448 |

| | | |
|---|---|---|
| NUNEZ, et al. | : | 02-5455 |
| SILVERBLATT | : | 02-5535 |
| | : | |
| VS. | : | |
| | : | |
| BAYER CORPORATION, *et al.* | : | |

## O R D E R

        **AND NOW,** this           day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [   ]   -   Order staying these proceedings pending disposition of a related action.

    [   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

    [   ]   -   Interlocutory appeal filed.

    [ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

        **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

        **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

        **BY THE COURT:**

_____
**Petrese B. Tucker, Judge**