IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM SPARMAK,                           :
                                           :     CIVIL ACTION NO. 02-CV-4539
                    Plaintiff,             :
                                           :
        v.                                 :
                                           :
BAYER CORPORATION;                         :     ENTRY OF APPEARANCE
BAYER AG;                                  :
GLAXOSMITHKLINE, PLC;                      :
GLAXOSMITHKLINE;                           :
SMITHKLINE BEECHAM                         :
                                           :
                    Defendants.            :

## ENTRY OF APPEARANCE

To the Clerk of the Court:

        Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin

Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a

GlaxoSmithKline.

Respectfully Submitted,


_____          _____
Hope S. Freiwald                          Aline Fairweather


_____          _____
Erin Brennan                             Kirstin J. Miller



                                          DECHERT PRICE & RHOADS
                                          4000 Bell Atlantic Tower
                                          1717 Arch Street
                                          Philadelphia, PA  19103-2793
                                          (215) 994-4000